# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **ANDREW RAY ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION FILE NO.** |
| ) | |
| ) | **1:22-cv-00077-JRH-BKE** |
| ) | |
| **v.** ) | |
| ) | |
| **ALLY FINANCIAL INC,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Ally Financial Inc. ("Ally"), by counsel, move to dismiss this action with prejudice for failure to state a claim upon which relief can be granted.

WHEREFORE, Defendant Ally respectfully requests that its Motion to Dismiss be granted, that Plaintiff's Complaint be dismissed with prejudice, and that it be granted such other and further relief as this Court deems appropriate and just. Respectfully submitted this 30th day of June 2022.

> */s/ Mark J. Windham*
> Mark J. Windham
> Georgia Bar No. 113194

2

TROUTMAN SANDERS LLP
3000 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3000
Facsimile: 404-885-3900
E-mail: mark.windham@troutman.com
*Counsel for Defendant Ally Financial Inc.*

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on this day the foregoing *Motion to Dismiss* was electronically filed with the Clerk of Court using the CM/ECF electronic filing system and sent a copy via Federal Express to:

*Counsel for Plaintiff*
Bowen A. Klosinski
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, GA 30909

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 30th day of June 2022.

*/s/ Mark J. Windham*
Mark J. Windham

127171074