IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANDREW RAY ANDERSON, ) | |
|     Plaintiff, ) | CIVIL ACTION FILE NO.: |
| ) | |
| v. ) | 1:22-cv-00077-JRH-BKE |
| ) | |
| ALLY FINANCIAL, INC. ) | |
|     Defendant. ) | |
| ) | |

## DISMISSAL WITH PREJUDICE

Comes now, Andrew Ray Anderson, Plaintiff in the above-referenced matter, and states that a settlement has been reached, and hereby submits this dismissal with prejudice of all claims of the instant matter.

This 12th day of October, 2022.

                                                    /s/ Bowen A. Klosinski
                                                    Bowen A. Klosinski
                                                    Attorney for Plaintiff
                                                    Georgia State Bar No. 842225

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, GA 30909-6593
(706) 863-2255

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served a copy of the foregoing "DISMISSAL WITH PREJUDICE" upon the below-named parties by depositing a true and accurate copy of the same into the United States Mail, with proper postage affixed and addressed as follows:

Mark J. Windham<br>
TROUTMAN SANDERS, LLP<br>
600 Peachtree Street N.E., Suite 3000<br>
Atlanta, Georgia 30308

This 12th day of October, 2022.

      /s/ Bowen A. Klosinski
Bowen A. Klosinski

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, GA 30909-6593
(706) 863-2255