IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANDREW RAY ANDERSON, | * |
| Plaintiff, | * |
| v. | * CV 122-077 |
| ALLY FINANCIAL, INC., | * |
| Defendant. | * |

ORDER

Before the Court is Plaintiff's voluntary dismissal with prejudice. (Doc. 17.) Upon due consideration, the Court finds dismissal is proper pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of November, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA